ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| | | |
|---|---|---|
| YADIRA ANTONIA OLIVO OLIVO<br><br>Peticionaria<br><br>v.<br><br>HERMINIO NEVÁREZ RIVERA Y OTROS<br><br>Recurridos | KLCE202400789 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Bayamón<br><br>Sobre:<br>Ley de Corporaciones<br><br>Caso Número:<br>BY2022CV04832 |

Panel integrado por su presidente, el Juez Figueroa Cabán, el Juez Bonilla Ortiz, la Jueza Mateu Meléndez y la Jueza Prats Palerm.

*Prats Palerm, Jueza Ponente*

**SENTENCIA**

En San Juan, Puerto Rico, a 30 de agosto de 2024.

Considerada la *Sentencia Parcial* notificada el 28 de agosto de 2024, por el Tribunal de Primera Instancia, Sala de Bayamón, mediante la cual se declaró *Con Lugar* el desistimiento sin perjuicio de la reconvención, el recurso de *certiorari* solicitado ante esta Curia se tornó académico. De conformidad con lo dispuesto en la Regla 83 (C) de nuestro Reglamento, 4 L.P.R.A. Ap. XXII-B, R. 83 (C), se ordena el archivo definitivo de esta causa.

Notifíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

Número Identificador
SEN2024_____